No. 95–8403. GONZALES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 95–8404. KENDRICKS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–8405. KUSSAIR *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–1159. NANSAY HAWAII, INC. *v.* PUBLIC ACCESS SHORELINE HAWAII. Sup. Ct. Haw. Motion of Pacific Legal Foundation for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 95–1315. METROPOLITAN EDISON CO. ET AL. *v.* DODSON ET AL. C. A. 3d Cir. Motion of Nuclear Energy Institute et al. for leave to file a brief as *amici curiae* granted. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this motion and this petition.

No. 94–8729. BENNIS *v.* MICHIGAN, 516 U. S. 442;

No. 95–880. TATUM ET AL. *v.* COLUMBIA NATURAL RESOURCES, INC., ET AL., 516 U. S. 1158;

No. 95–6905. ESPARZA *v.* ELLIOTT, WARDEN, ET AL., 516 U. S. 1122;

No. 95–7280. SIKORA *v.* DOE ET AL., 516 U. S. 1148;

No. 95–7376. HAMAN *v.* KING ET AL., 516 U. S. 1162;

No. 95–7419. NASIM *v.* WARDEN, MARYLAND HOUSE OF CORRECTION, ET AL., 516 U. S. 1177;

No. 95–7429. BOWLES *v.* MINNESOTA, 516 U. S. 1162;

No. 95–7642. SIMPSON *v.* CRISTINO RIVERA MINING CO. ET AL., *ante,* p. 1109;

No. 95–7719. WRIGHT, AKA DENVERS *v.* UNITED STATES, 516 U. S. 1164; and

No. 95–7776. IN RE KENNEDY, 516 U. S. 1157. Petitions for rehearing denied.